10,185-07

October 14, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re: Tr. Ct. No. D-1-DC 12-300624-A   WR-10,185-07

Dear Mr. Acosta:

Please be kind enough to let me know the status of my writ when you can spare the time. It was received by your office on Sep. 18, 2015.

Thank you very much for your time and concern in this matter. I look forward to hearing from you in the near future.

Respectfully,

Pedro Ancira #1855699

Pedro Ancira
TDCJ-CID No.1855699
Pack I Unit
2400 Wallace Pack Rd.
Navasota, TX 77868-4567

cc: file

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk